(SPACE BELOW FOR FILING STAMP ONLY)

**ROBERT GRAY WILLIAMS, #068033**
**PEREZ, WILLIAMS & MEDINA**
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
Telephone (559) 445-0123
Facsimile (559) 445-1753



Attorneys for   Petitioners

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

o0o

| | |
|---|---|
| ROLANDA R. SAGMAQUEN, an incompetent adult, by and through her Guardian ad Litem, MICHAEL DIGIACOMO, <br><br> Petitioners, <br><br> v. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 to 10, inclusive, <br><br> Defendant(s). | Case No. CIV F-98-6071 OWW DLB <br><br> ORDER APPROVING PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT |

ORDER

Upon the Petition of MICHAEL DIGIACOMO for approval of withdrawal of funds belonging to Rolanda Sagmaquen, an adult, the Court finds that good cause exists for granting the Petition for Withdrawal of Funds from Blocked Account which is hereby granted.

IT IS THEREFORE ORDERED:

That the BANK OF AMERICA, Clovis Branch, release funds in account number xxxxxx-x6582 and investment CD number xxxxx-x0697 in the name of Rolanda R. Sagmaquen,

1  an adult/Michael G. Digiacomo, Trustee, by way of cashiers or certified checks made payable

2  and delivered by mail as follows:

3     1     Internal Revenue Service
               Cincinnati, OH 45999-0149
4               $18,877.46

5               Reference:

6                  Rolanda Sagmaquen
                 4323 E. Fairmont Ave.
7                  Fresno, CA 93726-1123231

8               Taxpayer Identification Number: xxx-xx-2544

9     2.    State of California
               Franchise Tax Board
10              P.O. Box 942867
               Sacramento CA 94267-0011
11

12               Amount: Balance of the accounts not to exceed $8,727.66

13               Reference:

14                  Rolanda Sagmaquen
                 4323 E. Fairmont Ave.
15                  Fresno, CA 93726-1123231

16               Account Number:     xxx-xxx13-72

17

18 Dated: 11-2, 2006     By: _____
19                                                    U.S. DISTRICT COURT JUDGE

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

2